DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RAYNALD L. DOLISCA,**
Appellant,

v.

**FRITZ J. DOLISCA** and **IGENETTE DOLISCA,**
Appellees.

No. 4D18-1891

[January 31, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Edward A. Garrison, Judge; L.T. Case No. 502016CA008041XXXXMB.

Raynald L. Dolisca, West Palm Beach, pro se.

Scott W. Zappolo of Zappolo & Farwell, P.A., Palm Beach Gardens, for appellees.

PER CURIAM.

*Affirmed.*

WARNER, CIKLIN and LEVINE, JJ., concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*